*Mr. Geo. W. Farr,* for Appellants.

———

No. 2,179.—IN RE DAVIS' ESTATE; CALVIN P. DAVIS ET AL., APPELLANTS, *v.* C. P. DREMEN ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

Decided April 29, 1907.

PER CURIAM.—Appellants' motion to dismiss the appeal herein is sustained and the appeal hereby dismissed.

*Mr. Jesse B. Roote,* for Appellants.

*Mr. C. P. Drennen,* for Respondents.